# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOAN CALHOUN, | Case No. 2:18−cv−01832−JCM−PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR STAY OF PROCEEDINGS PENDING DECISION ON PLAINTIFF'S MOTION TO REMAND** |
| AUTO CLUB GROUP INSURANCE COMPANY, a Michigan corporation, | |
| Defendant. | |

Plaintiff has filed a Motion to Remand, the parties have submitted a Joint Status Report, and, as set forth in the Report, the parties have stipulated that all deadlines in the Federal Rules of Civil Procedure and the Local Rules of this Court should be stayed until resolution of the motion to remand (except those deadlines applicable to the motion). The parties stipulate that the stay should remain in effect until further order of the Court.

The parties so stipulate.

DATED this 22nd of October, 2018.

1

1        /s/ Matthew L. Sharp
Matthew L. Sharp
Nevada Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge St
Reno, NV 89501
Phone: (775) 324-1500
Fax: (775) 284-0675
matt@mattsharplaw.com

       /s/ Thomas A. Biscup
Thomas A. Biscup (*pro hac vice*)
ZEBROWSKI LAW
45952 Schoenherr Road
Shelby Township, MI 48315
Telephone: (586) 566-7266
Fax: (586) 566-6898
tom@zebrowskilaw.com

**THE FELDMAN FIRM**

       /s/ David J. Fedlman
David J. Feldman, Esq.
Nevada Bar No. 5947
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 949-5096
Fax: (702) 949-5097
dfeldman@feldmanattorneys.com

Attorneys for Defendant AUTO CLUB

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 26, 2018

2